IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SERGIO MARTIN ORTEGA, | § | |
|     ID # 36101-177, | § | |
|         Plaintiff, | § | |
| vs. | § | No. 3:10-CV-1677-K |
| | § | |
| ATF OFFICER BADGE #4706, et al., | § | |
|         Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and any objections thereto (plaintiff failed to file any objections), in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED.

SIGNED January 4th, 2012.

*Ed Kinkeade*
**ED KINKEADE
UNITED STATES DISTRICT JUDGE**